**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK J. GRIFFIN, in his official capacity as Chief State's Attorney et al.,<br><br>Defendants. | Civil Action No.________________<br><br>September 21, 2026 |

**EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, A TEMPORARY RESTRAINING ORDER**

Plaintiffs move for an order under Federal Rule of Civil Procedure 65 and Local Rule 7(a)(6) that preliminarily enjoins Defendants without bond from enforcing and implementing the challenged portions of Substitute House Bill No. 5043 ("HB5043") pending final resolution of Plaintiffs' Second Amendment claim. As the attached memorandum of law in support of this motion explains, Plaintiffs are overwhelmingly likely to prevail on the merits of their claim. And as the attached declarations substantiate, in addition to the constitutional deprivation that HB5043 occasions and other irreparable harms, Plaintiffs are virtually certain to suffer a substantial—and, because of sovereign immunity, irreparable—loss of business once HB5043 takes effect on October 1, 2026. As a result, Plaintiffs further request that this Court expedite briefing on this motion to facilitate a hearing and relief before October 1, 2026. In the alternative, Plaintiffs request that this Court impose a temporary restraining order staying HB5043's effectiveness pending resolution of this motion.

Oral Argument Requested

PLAINTIFFS – NATIONAL SHOOTING SPORTS FOUNDATION, INC., SHADOW SYSTEMS LLC, AND BLUE TRAIL RANGE CORPORATION

By /s/ Jennifer L. Morgan
Jennifer L. Morgan – ct21751
jmorgan@harrisbeachmurtha.com
Julie A. Lavoie – ct31241
jlavoie@harrisbeachmurtha.com
HARRIS BEACH MURTHA CULLINA PLLC
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: 203.772.7700
Facsimile: 203.772.7723

Erin E. Murphy (pro hac vice forthcoming)
Matthew D. Rowen (pro hac vice forthcoming)
Kevin Wynosky (pro hac vice forthcoming)
Ilan J. Posner (pro hac vice forthcoming)
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
kevin.wynosky@clementmurphy.com
ilan.posner@clementmurphy.com

Their Attorneys

**CERTIFICATE OF SERVICE**

On September 21, 2026, I electronically filed this motion in accordance with the U.S. District Court for the District of Connecticut's Electronic Filing Policies and Procedures by using the Court's CM/ECF system. I also sent a courtesy copy of this motion and of Plaintiffs' Verified Complaint to the Connecticut Division of Criminal Justice by email to conndcj@ct.gov. I am also presently effecting service of process upon Defendants consistent with Federal Rule of Civil Procedure 4.

s/Jennifer L. Morgan
Jennifer L. Morgan